IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00348-MEH

FREDERIC CHARLES DENEFFE,

    Plaintiff,

v.

SKYWEST, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 19, 2014.**

    The Stipulated Motion for Entry of Stipulated Protective Order [filed August 18, 2014; docket # 26] is **granted in part and denied in part**.  The Court declines to retain jurisdiction over a case after it is closed.  Accordingly, the protective order, as modified, is accepted and filed contemporaneously with this minute order.