IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00348-MEH

FREDERIC CHARLES DENEFFE,

    Plaintiff,

v.

SKYWEST, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 28, 2014.**

    The Joint Motion to Toll Discovery Deadlines Pending Order on Defendant's Motion for Judgment on the Pleadings, construed by the Court as a motion for temporary stay of the proceedings [filed October 28, 2014; docket #32] is **granted**. The Court finds good cause to **stay** the proceedings of this case temporarily pending a ruling on the Defendant's motion for judgment on the pleadings. If appropriate, the parties shall file (and submit to my Chambers in useable format) a proposed supplemental scheduling order within fourteen (14) days after the entry of an order disposing of the Defendant's motion for judgment on the pleadings.