IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00348-MEH

FREDERIC CHARLES DENEFFE,

    Plaintiff,

v.

SKYWEST, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 10, 2015.**

    The Joint Motion to Amend Scheduling order in the above-captioned case [filed June 9, 2015; docket #68] is **granted**. The Scheduling Order will be amended as follows:

- Plaintiff's Expert Designations: July 10, 2015
- Defendant's Contradicting Expert Designations: August 10, 2015
- Rebuttal Expert Opinions: September 9, 2015
- Discovery Cutoff: November 2, 2015
- Dispositive Motion Deadline: December 2, 2015

    All other aspects of the Court's Scheduling Order of July 16, 2014, remain in effect. *See* docket #25.