IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00348-MEH

FREDERIC CHARLES DENEFFE,

      Plaintiff,

v.

SKYWEST, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 6, 2015.**

Plaintiff's second Unopposed Motion to Amend the Scheduling Order [filed August 5, 2015; docket #78] is **granted in part and denied in part**. For good cause shown, the Scheduling Order will be modified as follows:

- Plaintiff's Expert Designations: August 21, 2015
- Defendant's Expert Designations: September 21, 2015
- Rebuttal Expert Opinions: October 12, 2015

All other deadlines and conference dates remain in effect.