IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00348-MEH

FREDERIC CHARLES DENEFFE,

    Plaintiff,

v.

SKYWEST, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 7, 2015.**

    Defendant's Unopposed Motion to Amend Answer and Separate Defenses [filed August 6, 2015; docket #80] is **granted**.  The Clerk of the Court is directed to file the Amended Answer located at docket #80-1.