IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00348-MEH

FREDERIC CHARLES DENEFFE,

      Plaintiff,

v.

SKYWEST, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 21, 2015.**

      The Joint Motion to Amend Scheduling Order [filed October 20, 2015; docket #86] is **denied without prejudice** for failure to demonstrate good cause. A Scheduling Order was issued in this case on July 16, 2014 (docket #25), discovery was stayed from October 28, 2014 to January 16, 2015 pending resolution of dispositive motions (dockets ## 33, 47), the Court denied Defendant's motion to dismiss Plaintiff's Amended Complaint on May 11, 2015 (docket #65), and the Scheduling Order was modified and current discovery deadlines set by order granting the parties' request on June 10, 2015 (docket #86). In the present motion, the parties list eight (8) depositions that still need to be taken, including the Plaintiff's and the primary decisionmaker's, but provide no reason why any of them have not been taken since June 2015 or, even, since January 2015 when the stay was lifted.