IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00348-MEH

FREDERIC CHARLES DENEFFE,

      Plaintiff,

v.

SKYWEST, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 27, 2015.**

      Plaintiff's unopposed[1] Motion to Amend Scheduling Order [filed October 23, 2015; docket #88] is **granted**; however, the Court will grant no further extensions of the following deadlines absent a showing of exceptional circumstances. The Scheduling Order shall be modified as follows:

Discovery Cut-Off:             January 4, 2016
Dispositive Motion Deadline:    February 4, 2016

      In addition, at the Status Conference currently set for February 16, 2016, the Court will discuss with the parties setting dates for the Final Pretrial/Trial Preparation Conference and the Jury Trial in this case.

---

[1] *See* docket #89.